LAURIE L. RAE *v.* BENJAMIN G. RAE III
(9186)

O'CONNELL, LAVERY and CRETELLA, Js.
Argued March 27—decision released April 16, 1991

*Wayne D. Effron,* for the appellant (defendant).
*Ellen B. Lubell,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.